# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| CRISTINA LEA TRIVETT,<br><br>                Plaintiff,<br>    v.<br><br>GOLDEN ALASKA SEAFOODS, LLC, et al.,<br><br>                Defendants. | CASE NO. C18-0894JLR<br><br>SHOW CAUSE MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable James L. Robart, U.S. District Judge:

It is ORDERED that counsel show cause by September 7, 2018, why this action should not be dismissed for failing to comply with Order requiring Status Report signed July 16, 2018 and due August 20, 2018. Absent a timely response to this Order, the

//

//

MINUTE ORDER - 1

action SHALL BE DISMISSED without prejudice.

Filed and entered this 28th day of August, 2018.

                    WILLIAM M. MCCOOL
                    Clerk of Court

                    s/ Ashleigh Drecktrah
                    Deputy Clerk