THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CRISTINA LEA TRIVETT,

                 Plaintiff,

   v.

GOLDEN ALASKA SEAFOODS, LLC, in
personam; the F/T GOLDEN ALASKA,
official number 651041, her engines,
machinery, appurtenances and cargo, in rem,

                Defendants.

**AT LAW AND IN ADMIRALTY**

Case No.  2:18-cv-00894-JLR

STIPULATION AND ~~PROPOSED~~
ORDER DISMISSING THE CASE WITH
PREJUDICE AND WITHOUT COSTS

## **STIPULATION**

The parties in this matter, by and through their attorneys and based on plaintiff's

intention to dismiss this case, hereby stipulate and agree that all claims in this matter have

been fully resolved, and that this matter shall be dismissed with prejudice, and without

costs to any party.

/

//

///

////

ORDER DISMISSING THE CASE - 1
Case No. 2:18-cv-00894-JLR

**HOLMES WEDDLE & BARCOTT**
999 THIRD AVENUE, SUITE 2600
SEATTLE, WA 98104-4011
TELEPHONE (206) 829-7572
FAX (206) 340-0289

DATED this 28th day of January, 2019.

HOLMES WEDDLE & BARCOTT, P.C.     LAW OFFICE OF NEIL T. LINDQUIST

/s/Svetlana P. Spivak                      /s/Neil Lindquist
Svetlana P. Spivak, WSBA 30478             Neil Lindquist, WSBA 52111
Attorney for Defendant                     Attorney for Plaintiff
999 Third Avenue, Suite 2600               3724 Lake Washington Blvd. NE
Seattle, WA 98104-4011                     Kirkland, WA 98033
Phone: 206-292-8008                        Phone: (425) 372-7799

## [Proposed] ORDER

Based on the foregoing stipulation of the parties, it is hereby ORDERED that this case shall be and hereby is dismissed with prejudice and without costs to any party.

DATED this 28th day of January, 2019.

THE HONORABLE JAMES L. ROBART

ORDER DISMISSING THE CASE - 2
Case No. 2:18-cv-00894-JLR

1. CERTIFICATE OF SERVICE

2. The undersigned certifies under penalty of perjury
of the laws of the State of Washington that, on the
3. 28th day of January, 2019, the foregoing was
electronically filed with the Clerk of Court using the
4. CM/ECF system, which will send notification of such filing to the following:

5. Gordon C. Webb, WSBA #22777
Webb Law Firm
6. 225 106th Avenue NE
Bellevue, WA 98004
7. Gordon@Webblawfirm.net
(425) 307-6446
8.

John W. Merriam, WSBA #12749
9. Law Office of John Merriam
4005 20th Avenue W, Suite 110
10. Seattle, WA  98199
john@merriam-marritimelaw.com
11. (206) 729-5252

12. Svetlana P. Spivak, WSBA 30478
Holmes Weddle & Barcott
13. 999 Third Avenue, Suite 2600
Seattle, WA 98104-4011
14. sspivak@hwb-law.com
Phone: 206-292-8008
15.

16.

17.

18. Neil T. Lindquist

19.

20.

21.

22.

23.

24.

25.

26.

ORDER DISMISSING THE CASE - 3
Case No. 2:18-cv-00894-JLR